MITCHELL SILBERBERG & KNUPP LLP
CHRISTINE LEPERA (*pro hac vice forthcoming*) ctl@msk.com
437 Madison Avenue, 25th Floor
New York, New York 10022-7001
Telephone: (212) 509-3900
Facsimile: (212) 509-7239

MITCHELL SILBERBERG & KNUPP LLP
GABRIELLA N. ISMAJ (SBN 301594) gan@msk.com
ALEXANDRA L. ANFUSO (SBN 333440) ala@msk.com
2049 Century Park East, 18th Floor
Los Angeles, CA 90067
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiff Dua Lipa

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dua Lipa,<br><br>        Plaintiff,<br><br>    v.<br><br>Samsung Electronics America, Inc.;<br>Samsung Electronics Co., Ltd.; and<br>Does 1-10, inclusive,<br><br>        Defendants. | CASE NO. 2:26-cv-05019<br><br>**PLAINTIFF DUA LIPA'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES PURSUANT TO L.R. 7.1-1** |

Mitchell
Silberberg &
Knupp LLP

**PLAINTIFF'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Plaintiff Dua Lipa, certifies that the following listed parties may have a pecuniary interest in the outcome of the case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

1.  Dua Lipa

The undersigned is presently unaware of any other parties that must be disclosed pursuant to Local Rule 7.1-1.

DATED: MAY 8, 2026                    CHRISTINE LEPERA
                                      GABRIELLA N. ISMAJ
                                      ALEXANDRA L. ANFUSO
                                      MITCHELL SILBERBERG & KNUPP LLP


                                      By:  /s/ Gabriella N. Ismaj
                                              Christine Lepera
                                              Gabriella N. Ismaj
                                              Alexandra L. Anfuso
                                              Attorneys for Plaintiff Dua Lipa

Mitchell
Silberberg &
Knupp LLP

2

**PLAINTIFF'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES**