Gabriella N. Ismaj (SBN 301594)
gan@msk.com
Alexandra L. Anfuso (SBN 333440)
ala@msk.com
MITCHELL SILBERBERG &
KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067
Telephone: (310) 312-2000

Christine Lepera (*pro hac vice*)
ctl@msk.com
MITCHELL SILBERBERG &
KNUPP LLP
437 Madison Avenue, 25th Floor
New York, New York 10022-7001
Telephone: (212) 509-3900

***Attorneys for Plaintiff***
Dua Lipa

Christopher S. Marchese (SBN 170239)
marchese@fr.com
FISH & RICHARDSON P.C.
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Telephone: (949) 623-7640

Thad C. Kodish (*pro hac vice*
application forthcoming)
tkodish@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5005

***Attorney for Defendants***
Samsung Electronics America, Inc. and
Samsung Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUA LIPA,<br><br>       Plaintiff,<br><br>      v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG ELECTRONICS CO., LTD. and DOES 1-10, inclusive,<br><br>       Defendants. | CASE NO. 2:26-cv-05019-CAS-MAR<br><br>**JOINT STIPULATION REGARDING WAIVER OF SERVICE AND TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Served on Samsung Electronics America, Inc.: May 22, 2026<br><br>Current Response Date (Samsung Electronics America, Inc.): July 10, 2026<br><br>New Response Date (all Defendants): September 10, 2026 |

Plaintiff Dua Lipa ("Plaintiff") and Defendants Samsung Electronics America, Inc. ("SEA") and Samsung Electronics Co., Ltd. ("SEC") (collectively, "Defendants" and with Plaintiff, the "Parties"), by and through their counsel, hereby stipulate as follows:

1. Plaintiff filed the Complaint in this action on May 8, 2026. ECF 1.

2. SEA was served with the Summons, Complaint, and related initial service documents on May 22, 2026. ECF 14.

3. Based on the above service date, SEA's response to the Complaint was initially due on or before June 12, 2026.

4. Plaintiff and SEA filed a stipulation to extend SEA's time to respond to the Complaint to July 10, 2026. ECF 20.

5. Federal Rule of Civil Procedure 4(d)(3) grants foreign defendants such as SEC 90 days to respond to a complaint in exchange for waiving service of process requirements.

6. The Parties conferred and agree to set a uniform response date for Defendants for the convenience of the Court and the Parties and in the interest of judicial economy.

7. No prior extension with respect to the deadline for SEC to respond to the Complaint has been sought by the Parties.

8. This extension will not alter the date of any event or deadline already fixed by Court order.

9. All other rights and positions as between Plaintiff and Defendants are respectfully reserved.

THEREFORE, the Parties stipulate and agree, subject to Court approval, to the following:

1

JOINT STIPULATION REGARDING WAIVER OF SERVICE AND TO
EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
Case No. 2:26-cv-05019-CAS-MAR

1.     Defendants shall have up to and including September 10, 2026 to move, answer or otherwise respond to the Complaint.

2.     Provided that the time for all Defendants to move, answer or otherwise respond to the Complaint is extended until September 10, 2026, SEC waives service pursuant to Federal Rule of Civil Procedure 4(d);

3.     Provided that the time for all Defendants to move, answer or otherwise respond to the Complaint is extended until September 10, 2026, Defendants will not challenge, for purpose of this case only, whether the Court has personal jurisdiction over SEA or SEC; and

**IT IS SO STIPULATED.**

FISH & RICHARDSON P.C.

Dated: June 24, 2026

*/s/ Christopher S. Marchese*
Christopher S. Marchese (SBN 170239)
marchese@fr.com
FISH & RICHARDSON P.C.
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Telephone: (949) 623-7640

Thad C. Kodish (*pro hac vice* application forthcoming)
tkodish@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5005

Attorney for Defendants
Samsung Electronics America, Inc. and
Samsung Electronics Co., Ltd.

2

JOINT STIPULATION REGARDING WAIVER OF SERVICE AND TO
EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
Case No. 2:26-cv-05019-CAS-MAR

MITCHELL SILBERBERG & KNUPP LLP

Dated: June 24, 2026

*/s/ Gabriella N. Ismaj*
Gabriella N. Ismaj (SBN 301594)
gan@msk.com
Alexandra L. Anfuso (SBN 333440)
ala@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067
Telephone: (310) 312-2000

Christine Lepera (*pro hac vice*)
ctl@msk.com
MITCHELL SILBERBERG & KNUPP LLP
437 Madison Avenue, 25th Floor
New York, New York 10022-7001
Telephone: (212) 509-3900

Attorneys for Plaintiff
Dua Lipa

## **ECF ATTESTATION**

I, Christopher S. Marchese, am the ECF User whose identification and password are being used to electronically file this Joint Stipulation and Request. In accordance with Local Rule 5-4.3.4, concurrence in and authorization of the filing of this document has been obtained from the counsel of Plaintiff Dua Lipa and will maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

*/s/ Christopher S. Marchese*
Christopher S. Marchese

3

JOINT STIPULATION REGARDING WAIVER OF SERVICE AND TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
Case No. 2:26-cv-05019-CAS-MAR