CHRISTINE LEPERA (*pro hac vice*) ctl@msk.com
MITCHELL SILBERBERG & KNUPP LLP
437 Madison Ave., 25th Floor
New York, New York 10022-7001
Telephone: (212) 509-3900
Facsimile: (212) 509-7239

GABRIELLA N. ISMAJ (SBN 301594) gan@msk.com
ALEXANDRA L. ANFUSO (SBN 333440) ala@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East 18th Floor
Los Angeles, CA 90067
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiff Dua Lipa

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Dua Lipa,

Plaintiff,

v.

Samsung Electronics America, Inc.; Samsung Electronics Co., Ltd.; and Does 1-10, inclusive,

Defendants.

CASE NO. 2:26-cv-05019-CAS-MAR

**JOINT STIPULATION OF BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Judge: Christina A. Snyder
Location: Courtroom 8D

Pursuant to Civil Local Rule 7-1, Plaintiff Dua Lipa ("Plaintiff") and Defendants Samsung Electronics America, Inc. ("SEA") and Samsung Electronics Co., Ltd. ("SEC") (collectively, "Defendants" and with Plaintiff, the "Parties"), by and through their counsel, hereby stipulate as follows:

WHEREAS, on September 10, 2026, Defendants filed a Motion to Dismiss Plaintiff's Complaint (the "Motion");

WHEREAS, the Parties have agreed to a schedule for briefing the respective opposition and reply to the Motion, which takes into account the scheduling conflicts of the Parties' counsel;

WHEREAS, Defendants set the hearing on the Motion for December 14, 2026 in light of the Parties' agreement as to the briefing schedule;

THEREFORE, the Parties stipulate and agree, subject to Court approval, to the following schedule:

1. The deadline for Plaintiff to file an opposition to the Motion or to file an amended pleading is October 15, 2026.

2. The deadline for Defendants to file a reply in support of the Motion is November 13, 2026.

3. The hearing on the Motion is December 14, 2026 at 10:00 a.m.

IT IS SO STIPULATED AND AGREED.

DATED: SEPTEMBER 15, 2026

MITCHELL SILBERBERG & KNUPP LLP
CHRISTINE LEPERA
GABRIELLA N. ISMAJ
ALEXANDRA L. ANFUSO

By: */s/ Gabriella N. Ismaj*
Gabriella N. Ismaj (SBN 301594)
Attorneys for Plaintiff Dua Lipa

DATED: SEPTEMBER 15, 2026 FISH & RICHARDSON P.C.

By: *<u>/s/ Christopher S. Marchese</u>*

Christopher S. Marchese (SBN 170239)
marchese@fr.com
FISH & RICHARDSON P.C.
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Telephone: (949) 623-7640

Thad C. Kodish (pro hac vice)
tkodish@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5005

Attorney for Defendants
Samsung Electronics America, Inc. and
Samsung Electronics Co., Ltd.

**Attestation Regarding Signatures**

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized its filing.

DATED: SEPTEMBER 15, 2026

*<u>/s/ Gabriella N. Ismaj</u>*
Gabriella N. Ismaj